UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

CHARLES COLLINS, et al.,

    Plaintiffs,

       v.                                         Case No.

CITY OF MILWAUKEE, et al.,

    Defendants.

## CIVIL L.R. 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Charles Collins, Tracy Adams on behalf of her minor child D.A., Caleb Roberts, Stephen Jansen, Gregory Chambers, and Alicia Silvestre, plaintiffs, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

(1)     The full name of every party or amicus represented in the above case:

        Charles Collins
        Tracy Adams (on behalf of her minor child D.A.)
        Caleb Roberts
        Stephen Jansen
        Gregory Chambers
        Alicia Silvestre

(2)     The parties represented are not corporations and accordingly have no parent corporations or stockholders.

(3) The names of all law firms whose partners or associates appear for a party or are expected to appear for a party in this Court:

American Civil Liberties Union of Wisconsin Foundation, Inc.
American Civil Liberties Union Foundation, Inc.
Covington & Burling LLP

Dated this 21st day of February, 2017.

s/ Nusrat J. Choudhury

Nusrat J. Choudhury
N.Y. State Bar No. 4538302
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
nchoudhury@aclu.org