UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Charles Collins, et al., individually and on behalf of a class of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>City of Milwaukee, et al.,<br><br>    Defendants. | Case No. 17-CV-00234-JPS<br><br>PLAINTIFFS' MOTION TO FILE EXHIBITS UNDER SEAL PURSUANT TO GENERAL L. R. 79(d) |

    Plaintiffs, by and through counsel, hereby move this Court, pursuant to General Local Rule 79(d), to seal Exhibits D, E, F, G, and H, attached to the Declaration of Shanya Dingle in support of Plaintiffs' Response to Defendants' Motion for Entry of a Protective Order Pursuant to Local Rule 7(h) and Federal Rule of Civil Procedure 26(c) (Dkt. 51).

    All five exhibits are internal documents of the Milwaukee Police Department ("MPD"), containing detailed information about criminal activity in Milwaukee, including thefts, burglaries, assaults, and sex crimes. These accounts include descriptions of the alleged crimes, as well as the names, social security numbers, addresses, and dates of birth of suspects, victims, juveniles, and witnesses. The individuals identified in these documents have no involvement in the instant case. Public release of their personally-identifying information and highly sensitive facts surrounding criminal activity could be extremely damaging to them. In recognition of these concerns, Defendants have designated four of the five documents (Exhibits D, E, F, and G) as "Confidential" under the Court's Protective Order (Dkt. 22). There is good cause to seal the exhibits because the individuals' privacy interests significantly outweigh the public interest in

these documents, and the personally-identifying information included therein has no bearing on the merits of the instant case. *See Cole v. Janssen Pharmaceuticals, Inc.*, Case No. 15-CV-57, 2017 WL 2929523, at *3 (E.D. Wis. Jul. 10, 2017) (granting motion to seal plaintiff's personally identifiable and sensitive medical information that was largely immaterial to the facts of the case); *Citizens First Nat. Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999) (requiring "good cause" for sealing of court records).

In accordance with General Local Rule 79(d), Plaintiffs respectfully request that these materials be filed under seal. Defendants have provided their consent to Plaintiffs' motion, and a certification pursuant to General Local Rule 79(d)(4) is attached.

Dated this 27th day of September, 2017.

    Respectfully submitted,

    /s/ Shanya Dingle
    SHANYA DINGLE
    D.C. Bar No. 1035007
    ANTHONY HERMAN
    D.C. Bar No. 424643
    JON-MICHAEL DOUGHERTY
    D.C. Bar No. 1032660
    JUSTIN GOLART
    D.C. Bar No. 1046739
    KERREL MURRAY
    VA State Bar No. 87844
    JESSICA JENSEN
    CA State Bar No. 308820
    HWA YOUNG JIN
    D.C. Bar No. 1044165
    Attorneys for Plaintiffs

    Covington & Burling LLP
    850 Tenth Street NW
    Washington, DC 20001
    Telephone: (202) 662-6000
    Fax: (202) 662-6291

*sdingle@cov.com*
*aherman@cov.com*
*jdougherty@cov.com*
*jgolart@cov.com*
*kmurray@cov.com*
*jjensen@cov.com*
*hjin@cov.com*

NUSRAT J. CHOUDHURY
N.Y. State Bar No. 4538302
JASON D. WILLIAMSON
N.Y. State Bar No. 4645529
Attorneys for Plaintiffs

American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Fax: (212) 549-2654
*jwilliamson@aclu.org*
*nchoudhury@aclu.org*

KARYN L. ROTKER
WI State Bar No. 1007719
LAURENCE J. DUPUIS
WI State Bar No. 1029261
Attorneys for Plaintiffs

American Civil Liberties Union of Wisconsin Foundation
207 East Buffalo Street, Suite 325
Milwaukee, WI 53202
Telephone: (414) 272-4032
Fax: (414) 272-0182
*krotker@aclu-wi.org*
*ldupuis@aclu-wi.org*

# CERTIFICATION
## PURSUANT TO GENERAL L. R. 79(d)(4)

Pursuant to General Local Rule 79(d)(4), on September 26, 2017, counsel for Plaintiffs and Defendants conferred in a good-faith attempt to limit the scope of the materials subject to sealing.

Dated: September 27, 2017　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　s/ Shanya Dingle
　　　　　　　　　　　　　　　　　　　　　Shanya Dingle