# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHARLES COLLINS et al.,**
    Plaintiffs,

v.                                                Case No. 17-C-234

**CITY OF MILWAUKEE et al.,**
    Defendants.

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding      Date: January 17, 2018
Time Commenced: 11:00 a.m.         Concluded: 11:38 a.m.
Deputy Clerk: GC/CM                Court Reporter: None

**Appearances:**
- **Plaintiffs:** Jason Williamson, Nusrat Choudhury, Shanya Dingle, and Larry Dupuis
- **Defendants:** Jan Smokowicz, Joseph Russell, and David Frank

**Nature of Conference:** Telephonic Status Conference

**Notes:**
- Parties discussed case and status of settlement
- Court ordered defendants to provide plaintiffs and the court with a detailed redline response to plaintiffs' proposed Settlement Agreement, Class Certification and Consent Decree by January 30, 2018