# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| Collins, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   17-CV-00234-JPS |
| City of Milwaukee, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Charles Collins, et al.                                                                                       .

Date:     04/02/2018

/s Jennesa Calvo-Friedman
*Attorney's signature*

Jennesa Calvo-Friedman NY 5351044
*Printed name and bar number*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

*Address*

jcalvo-friedman@aclu.org
*E-mail address*

(212) 549-2690
*Telephone number*

(877) 687-4878
*FAX number*