UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHARLES COLLINS, TRACY ADAMS on behalf
of her minor child, D.A., CALEB ROBERTS,
STEPHEN JANSEN, GREGORY CHAMBERS,
ALICIA SILVESTRE, JERIMIAH OLIVAR,
DAVID CROWLEY, and JEREMY BROWN,

        Plaintiffs,         Case No. 17-CV-234

  v.
        **MINUTE SHEET**

CITY OF MILWAUKEE,
MILWAUKEE POLICE AND FIRE COMMISSION,
and CHIEF EDWARD FLYNN,

        Defendants,

---

**Hon. David E. Jones, presiding.**     **Deputy Clerk:** Katina Hubacz

**Type of proceeding:**    TELEPHONIC STATUS CONFERENCE

**Date:** June 25, 2018 at 10:30 AM     **Court Reporter:** Liberty

**Time Commenced: 10:30:39**     **Time Concluded: 10:49:49**

**Appearances:**    **Plaintiffs:** Jon-Michael Dougherty, Jason D. Williamson, Karyn L. Rotker, Nusrat J. Choudhury
               **Defendants:** Joseph M. Russell, David A. Frank

**Comments:**

Checking status of case after June 22, 2018 hearing with Judge Adelman.

Court notes a Mediation has been scheduled for 6/27/18 and trial date set for 9/10/18.

<u>Plaintiff (Mr. Dougherty)</u>:

- given existence of 9/10/18 trial date, think should set schedule for class certification

- have some proposals for discovery

- feel data is robust enough to support class certification - don't think will be any revelations after depositions

<u>Defendant (Mr. Russell)</u>:

- moved previously to respond by July 24

- common council meeting on July 10

- requested deposition dates ten days ago but haven't received a response - have three people need to depose - believe need these depositions prior to being able to oppose class certification

- if can get them scheduled, would like 2-3 weeks after that to oppose

- would choose Dr. Abrams to depose, if only can pick one person

<u>Plaintiff (Mr. Dougherty)</u>:

- outstanding issue of Dr. Abrams rebuttal report - need this prior to the deposition

- have proposed dates of 7/23/18 for report and 7/30/18 for deposition

- have few new people/roles on Defendant's side - request permission to exceed number of depositions and depose these new people

- plaintiff's would like to and are prepared to issue some new RFP's - ask 3 weeks (July 18) to respond - looking for documents about new policies, training, etc

<u>Defendant (Mr. Russell)</u>:

- would oppose this request

- first hearing about this today

- have a motion to dismiss for lack of subject matter jurisdiction pending

<u>Court</u>:

- direct one deposition to take place - will not grant all three

Opposition to class certification due: **8/3/2018**

Reply in support of class certification due: **8/9/2018 by noon**

- ask parties to meet and confer about what are asking for regarding the new police administration