CHARLES COLLINS, TRACY ADAMS on behalf
of her minor child, D.A., CALEB ROBERTS,
STEPHEN JANSEN, GREGORY CHAMBERS,
ALICIA SILVESTRE, JERIMIAH OLIVAR,
DAVID CROWLEY, and JEREMY BROWN,

        Plaintiffs,          Case No. 17-CV-234

  v.

                            **MINUTE SHEET**

CITY OF MILWAUKEE,
MILWAUKEE POLICE AND FIRE COMMISSION,
and CHIEF EDWARD FLYNN,

        Defendants,

---

**Hon. David E. Jones, presiding.**      **Deputy Clerk:** Katina Hubacz

**Type of proceeding:**     TELEPHONIC PRE-MOTION CONFERENCE

**Date:** July 10, 2018 at 10:30 AM      **Court Reporter:** Liberty

**Time Commenced: 10:32:32**      **Time Concluded: 10:43:18**

**Appearances:**     **Plaintiffs:** Jon-Michael Dougherty, Jason D. Williamson, Jennesa Calvo-Friedman
                    **Defendants:** Joseph M. Russell, David A. Frank

**Comments:**

Parties have requested to discuss ongoing discovery issues.

Plaintiff (Mr. Williamson):

- common council meeting going on as we speak - should have vote today - are optimistic but City Attorney still has to sign the agreement and it will need to be submitted to the Court

- should have better sense by this afternoon of the status

Defendants (Mr. Russell):

- have voted and 8 members have approved - cautiously optimistic full common council will approve

Plaintiff (Mr. Dougherty):

- still have two more layers of approval to go through before settlement would be real

- don't think can hold anything in abeyance since have a looming trial date in September

- think is essential to keep things moving

Court:

- in light of the information regarding settlement, will not address discovery issues today - will readdress on Thursday

**Telephonic Pre-Motion Conference set for: 7/12/18 at 2:00 p.m.**