CHARLES COLLINS, TRACY ADAMS on behalf
of her minor child, D.A., CALEB ROBERTS,
STEPHEN JANSEN, GREGORY CHAMBERS,
ALICIA SILVESTRE, JERIMIAH OLIVAR,
DAVID CROWLEY, and JEREMY BROWN,

        Plaintiffs,         Case No. 17-CV-234

v.

        **MINUTE SHEET**

CITY OF MILWAUKEE,
MILWAUKEE POLICE AND FIRE COMMISSION,
and CHIEF EDWARD FLYNN,

        Defendants,

---

**Hon. David E. Jones, presiding.**      **Deputy Clerk:** Katina Hubacz

**Type of proceeding:**     TELEPHONIC PRE-MOTION CONFERENCE

**Date:** July 12, 2018 at 2:00 PM      **Court Reporter:** Liberty

**Time Commenced: 2:00:31**      **Time Concluded: 2:12:03**

**Appearances:**     **Plaintiffs:** Jon-Michael Dougherty, Jason D. Williamson, Shanya Dingle,
                         **Defendants:** David A. Frank, Jan A. Smokowicz

**Comments:**

Court believes settlement has been approved.

<u>Defendants (Mr. Smokowicz):</u>

- asked to expedite to sign and waive veto period - did sign same day - has passed common council

<u>Plaintiffs (Mr. Dougherty):</u>

- in light of settlement, do not need to address the pending discovery issues at this point

- do request to keep depositions on schedule for next week

- defense counsel has not had clients sign agreement yet so feel need to keep schedule

- request status conference on Tuesday

<u>Defendants (Mr. Smokowicz):</u>

- don't believe depositions should go forward

- Mr. Langley needs to execute document - have had one issue - need to confirm this and have not quite worked through who needs to execute - for absolute clarity, want to verify this - no concern with substance in the document -concern is legal binding effect

- is an unusual settlement agreement

<u>Plaintiff (Mr. Williamson)</u>:

- first time hearing Mr. Smokowicz's concern

<u>Court</u>:

- will direct parties to be excused from depositions and subpoenas at this point

- confirm there are no waiting periods after decide who needs to sign the settlement

**Telephonic Status Conference set for: 7/17/2018 at 10:00 a.m.**

- if signatures are not obtained prior to the hearing, requesting date certain of when they will be obtained

- will have hearing even if have signed signatures