UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Charles Collins, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> City of Milwaukee, *et al.*, <br><br> Defendants. | Case No. <br> 17-cv-00234-JPS |

**JOINT MOTION IN SUPPORT OF SETTLEMENT AGREEMENT AND ORDER**

The parties, by their respective undersigned counsel, jointly request that this Court order the Settlement Agreement and Court Order attached hereto as Exhibit A, and that this Court retain jurisdiction over this matter.

Respectfully submitted this 13th day of July, 2018.

                                              s/KARYN L. ROTKER
                                              Karyn L. Rotker
                                              Laurence J. Dupuis
                                              AMERICAN CIVIL LIBERTIES UNION OF
                                              WISCONSIN FOUNDATION
                                              207 East Buffalo Street, Suite 325
                                              Milwaukee, WI 53202
                                              Tel: (414) 272-4032
                                              krotker@aclu-wi.org
                                              ldupuis@aclu-wi.org

Nusrat J. Choudhury
Jason D. Williamson
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
125 Broad Street, 17th Floor
New York, NY 10004
Tel: (212) 549-2500
nchoudhury@aclu.org
jwilliamson@aclu.org

Shanya J. Dingle
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-5615
sdingle@cov.com

*Attorneys for Plaintiffs*

GRANT F. LANGLEY
City Attorney

s/JAN A. SMOKOWICZ
Deputy City Attorney
State Bar No. 1008429
200 E. Wells Street, Room 800
Milwaukee, WI 53202
Tel. (414) 286-2601
jsmoko@milwaukee.gov

*Attorney for Defendants*