# APPENDIX B



Police Department

Memorandum No. 2009 – 28

March 3, 2009



Edward A. Flynn
Chief of Police

FIRE AND POLICE COMMISSION

RE: TRAFFIC ENFORCEMENT POLICY

It is abundantly clear that crime disproportionately afflicts some of our neighborhoods. It is an unfortunate paradox that the vulnerable neighborhoods that most need the police are often inhabited by racial and ethnic minorities who sometimes feel unfairly targeted by police. Yet experience tells us that the intelligent, assertive use of police authority to stop people and vehicles can be an invaluable tool that reduces crime and enhances safety in these same neighborhoods. Our challenge is to balance these very real considerations.

Few things we do on the public's behalf are without risk; stopping people for motor vehicle violations and suspicious behavior is no exception. One of these risks is the perception or accusation of racially biased behavior. We do not engage in this behavior. We engage in lawful, professional policing based on values, and for this you have my complete support.

Traffic enforcement will continue to be a key part of our policing strategy going forward. It is well known that traffic enforcement can save lives and reduce injuries by preventing motor vehicle crashes. In addition, academic studies have proven that over time traffic enforcement can cause decreases in non-traffic related crime, including motor vehicle thefts, robberies and firearm related crime. We have already experienced this impact in 2008 with a 16% reduction in motor vehicle thefts and a 10% reduction in robberies compared to 2007.

Success will not be measured by the quantity of citations issued, but rather the purposeful linkage of enforcement attention to areas prone to violent crime and disorder. Oftentimes warnings are just as – or even more – effective as citations, and are encouraged where appropriate. We will not, however, sacrifice our values for the sake of targeted enforcement. Traffic stops, just like everything else we do, must be principled by law.

The intelligent, non-biased use of police discretion will be an important part of our efforts to encourage voluntary compliance with the law, reduce fear, and reassure neighborhoods that we are responding to their concerns without alienating those very same neighborhoods through enforcement action experienced as being trivial. This use of discretion, guided by professional values, is essential.

Police Administration Building, 749 West State Street, Post Office Box 531, Milwaukee, Wisconsin 53201-0531  (414) 933-4444
Web Site: http://www.milwaukee.gov/police

MKE_0011850

It must be understood that proper police tactics can be experienced by innocent people as frightening and alienating. It must be recognized that many of the people we stop will be released without further action. In this context, how our authority is employed is as important as the results of its use.

The act of stopping an unknown subject frequently occurs under ambiguous and dangerous circumstances. The Milwaukee Police Department is committed to officer safety. One of the strongest guarantees of officer safety is community support and acceptance. This past year we have seen both due directly to your efforts to protect our residents. But there is still work to do.

The Milwaukee Police Department will continue to work to build effective partnerships with all of our constituencies. It also is committed to the development of training, tactics, and timely intelligence that enhances officer effectiveness and increases officer safety.

Our integrity demands of us that we reject expedient tactics. The Milwaukee Police Department will continue to focus its energies on smart policing strategies based on data, accurate and timely intelligence, reasonable suspicion, probable cause, the judicious use of police discretion, and partnerships with the community, while rejecting any tactics even partly based on assumptions about race or ethnicity.

This order is intended to reflect Department policy, not procedures. Members should reference applicable Standard Operating Procedures and previous training for further details regarding specific procedures.

*Edward A. Flynn*

EDWARD A. FLYNN
CHIEF OF POLICE

MKE_0011851