# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHARLES COLLINS, DALLAS ADAMS, CALEB ROBERTS, STEPHEN JANSEN, GREGORY CHAMBERS, ALICIA SILVESTRE, DAVID CROWLEY, and JEREMY BROWN,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF MILWAUKEE, MILWAUKEE FIRE AND POLICE COMMISSION, and CHIEF ALFONSO MORALES, *in his official capacity as the Chief of the Milwaukee Police Department*,<br><br>　　　　　　Defendants. | Case No. 17-CV-234-JPS<br><br><br><br><br><br>**ORDER** |

　　　　On October 15, 2018, the parties filed a stipulation for entry of a protective order. (Docket #137). The parties relate that certain records of the Milwaukee Police Department must be disclosed to a consultant as part of their settlement agreement, and that these records contain confidential information. *Id.* The Court will adopt the stipulation pursuant to the parties' agreement thereon and the pertinent provisions of Wisconsin law.

　　　　Accordingly,

　　　　**IT IS ORDERED** that the Milwaukee Police Department may disclose records of traffic stops, field interviews, no-action encounters, frisks, and searches relating to juveniles and to emergency detentions of individuals who may be mentally ill to Plaintiffs' counsel and to the

Consultant, as may be required for the Consultant to perform its duties pursuant to the Settlement Agreement and Court Order (Docket #135); and

**IT IS FURTHER ORDERED** that Plaintiffs' counsel and the Consultant must keep such records confidential and may not disclose the contents of such records without further order of this Court.

Dated at Milwaukee, Wisconsin, this 18th day of October, 2018.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge