UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Charles Collins, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>The City of Milwaukee, *et al.*,<br><br>    Defendants. | Case No.<br>17-cv-234-JPS |

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

Please take notice that I, Jason D. Williamson, of the American Civil Liberties Union Foundation, hereby withdraw as counsel of record for all plaintiffs in this matter.

Dated this 25th day of May, 2021.

    Respectfully submitted by,

    */s/* Jason D. Williamson
    Jason D. Williamson
    N.Y. State Bar No. 4645529
    AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION, INC.
    125 Broad Street, 18th Floor
    New York, NY 10004
    Tel: (212) 549-2500
    jwilliamson@aclu.org