# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHARLES COLLINS, et al,**
    **Plaintiffs,**

 v.             Case No. 17-CV-234

**CITY OF MILWAUKEE, et al.**
    **Defendants.**

## COURT MINUTES OF MEDIATION

Judge Lynn Adelman, presiding    Date: 3/21/2025

No court reporter present and no court record taken.

Individual appearances not recorded.

Nature of Conference: Telephonic Mediation

Notes: Mediation held and continued to **March 31, 2025 at 2:00 p.m. Central Time.**
   Parties will be provided telephonic information via email.