**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**CHARLES COLLINS, et al,**
        **Plaintiffs,**

    v.                                Case No. 17-CV-234

**CITY OF MILWAUKEE, et al.**
        **Defendants.**

### COURT MINUTES OF MEDIATION

Judge Lynn Adelman, presiding        Date: 3/31/2025

No court reporter present and no court record taken.

Individual appearances not recorded.

Nature of Conference: Telephonic Mediation

Notes: Mediation held and continued to **April 4, 2025 at 2:00 p.m. Central Time.**
        Parties will be provided telephonic information via email.