UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**CHARLES COLLINS, et al,**
        **Plaintiffs,**

   v.                                                      Case No. 17-CV-234

**CITY OF MILWAUKEE, et al.**
        **Defendants.**

## COURT MINUTES OF MEDIATION

Judge Lynn Adelman, presiding        Date: 4/4/2025

No court reporter present and no court record taken.

Individual appearances not recorded.

Nature of Conference: Telephonic Mediation

Notes: Mediation held. No additional dates scheduled at this time.